UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **SACV 19-360 MWF (ADSx)** | Date: May 29, 2019 |
| Title **Susan Lee v. JW Burch Trust, et al.** | |

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER EXTENDING DEADLINE TO RESPOND TO SHOW CAUSE**

The Court has reviewed the docket, its previous Order to Show Cause ("OSC") filed May 8, 2019 (Docket No. 9), and Plaintiff's Response to OSC ("Response") filed May 28, 2019 (Docket No. 10).

The Court recognizes that Plaintiff's Response is only partially responsive to the OSC.  Plaintiff indicates that the Summons and Complaint package was "successfully served" on Defendant through substituted service, including the mailing of the package on or about May 22, 2019.  However, in requesting an additional week to file the Proof of Service, Plaintiff failed to comply with the requirements of the OSC; specifically, Plaintiff did not include the date service was tendered to a process server and the date service was first attempted by the process server.

The Court **EXTENDS** the date by which Plaintiff must show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 4, 2019**.

- ■ BY PLAINTIFF:  PROOF OF SERVICE of Summons, Complaint, and ADA Disability Access Litigation/Application for Stay and Early Mediation Packet on Defendant.  NO FURTHER EXTENSIONS WILL BE GRANTED.

The Court further requires the following:

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA Application") by Defendant.

If the Proof of Service requires Defendant's future Response or ADA Application, and if Defendant does not timely file such a Response or ADA Application, **Plaintiff must file an Application to Clerk to Enter Default ("Default Application") within five days after that Response or ADA Application due date**.  Failure to do so will be deemed abandonment of this action and the Court will immediately dismiss it for lack of prosecution.

OR

- BY PLAINTIFF:  DEFAULT APPLICATION for Defendant who has not timely responded to the Complaint or filed an ADA Application.

If the Proof of Service reflects that Defendant's time to respond to the Complaint or file an ADA Application has already expired, Plaintiff must **concurrently** file a Default Application.  Failure to do so will be deemed abandonment of this action and the Court will immediately dismiss it for lack of prosecution.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm